IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALESSANDRA YOUNG             :

     v.                          :   CIVIL ACTION NO. AMD-03-46

JAMES B. DUDLEY, JUDGE       :

## ORDER

In accordance with the foregoing Memorandum, this 9th day of Jan, 2003 by this Court, hereby **ORDERED**:

1. That plaintiff **IS GRANTED** leave to file *in forma pauperis*;

2. That plaintiff's complaint **IS DISMISSED** without requiring service of process on defendant;

3. That the Clerk of Court **CLOSE** this case; and

4. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to plaintiff.

                                      Andre M. Davis
                                      United States District Judge